IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 05-30059-DRH |
| | ) | |
| WILBERT M. SEWELL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon the United States of America's Application for Writ of Habeas Corpus Ad Prosequendum, the Court **DIRECTS** the Clerk to issue a Writ of Habeas Corpus Ad Prosequendum out of and under the seal of this Court, directed to the Warden, Sheriff, or Jailer of the Centralia Correctional Center in Centralia, Illinois, commanding him to have and produce the above-named defendant in the Courtroom of the undersigned Judge, United States District Court for the Southern District of Illinois, on the 26th of May, 2005 at 10:00 a.m., and then and there to present said defendant before the Court and from day to day thereafter as may be necessary; and at the termination of the proceedings against said defendant to return him to the custody of said Warden, Sheriff, or Jailer.

DATED: May 19, 2005

/s/       David RHerndon
UNITED STATES DISTRICT JUDGE